UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WARREN M. ELLIS,

      Petitioner,

v.                                            Case No:  6:21-cv-177-Orl-78LRH

SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY
GENERAL, STATE OF FLORIDA,

      Respondents.
_____/

**ORDER**

      This cause is before the Court on initial review of the Petition for Relief ("Petition," Doc. 1) filed by Petitioner.  Petitioner is incarcerated at the Martin Correctional Institution and proceeding *pro se.*  Petitioner failed to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*.

      Petitioner initiated this case by filing the Petition, but it is unclear as to the basis upon which Petitioner requests relief or whether this Court has jurisdiction.  Additionally, the Petition is not written on the form required for use by *pro se* litigants. Although not a model of clarity, it appears that Petitioner is seeking habeas corpus relief.

      As currently written, the Petition fails to contain much of the information required in a petition for writ of habeas corpus.  For example, the allegations are vague and conclusory, the respondents in this case are not properly identified, the Court's jurisdiction is unclear, and the historical information concerning Petitioner's underlying state criminal proceedings has not been adequately provided.

If Petitioner chooses to file a petition for writ of habeas corpus, he must submit a fully completed petition for writ of habeas corpus form. If Petitioner desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Petitioner both the form for a petition for writ of habeas corpus and the form for a motion for leave to proceed *in forma pauperis*. Petitioner should not place this case number on the form, as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Petitioner the opportunity to properly file a petition for writ of habeas corpus and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party